| | | | |
|---|---|---|---|
| | AUSA:   Nhan Ho | Telephone: (313) 226-9100 | |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Sherri Reynolds | Telephone:  (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America | Case: 2:26−mj−30252 |
| v. | Assigned To : Unassigned |
| | Case No.  Assign. Date : 5/1/2026 |
| Anthony Cunningham | Description: CMP USA V. CUNNINGHAM (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 1, 2026 to March 5, 2026___ in the county of ___Wayne___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:
See the attached affdavit.

☑ Continued on the attached sheet.

_Shiri Reyn_
*Complainant's signature*

Sherri Reynolds, Special Agent-ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___May 1, 2026___

_Kis G Alk_
*Judge's signature*

City and state: _Detroit, Michigan_

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Sherri Reynolds, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

**<u>INTRODUCTION</u>**

1.      I am a Senior Special Agent with the ATF and have been so employed since December of 2009. I am currently assigned to the Detroit Field Division. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving illegal firearms possession and firearms trafficking. Throughout my career, I have investigated or have been involved in hundreds of investigations of individuals who are prohibited persons in possession of firearms and/or the illegal use of possession of machineguns.

2.      The facts in this affidavit come from my personal observations, training, experience, conversations with ATF Special Agents, and information provided by other sworn law enforcement officers. This affidavit is intended to show that there is sufficient probable cause and does not set forth all the information known to law enforcement regarding this investigation.

## PROBABLE CAUSE

3.     On or about March 5, 2026, law enforcement obtained information indicating that Anthony CUNNINGHAM, who is a suspect in an ongoing non-fatal shooting investigation, was present in XXXXX Riverdale.

4.     XXXXX Riverdale is the registered probation address of Jayvon RANDLE, a known associate of CUNNINGHAM. Both CUNNINGHAM and RANDLE have been validated by law enforcement as members of "0430" street gang operating in Detroit.

5.     On March 5, 2026, law enforcement conducted a probation compliance check of RANDLE at XXXXX Riverdale. Upon arrival, officers encountered CUNNINGHAM, as well as RANDLE and HUNTER, another known gang associate who is also on probation. During the compliance check, officers searched the residence with the homeowner's consent and recovered four firearms, each loaded with a high-capacity magazine, from a vent in an open space on the upper level that had been converted into a bedroom. Three of the four firearms were equipped with machinegun conversion devices (MCDs) — aftermarket devices that convert semiautomatic pistols to fire automatically, thereby constituting machineguns as defined under 26 U.S.C. § 5845(b).

2



6.      One of the MCD-equipped firearms was a Glock Model 23 pistol with a tan frame and black slide, with mismatched serial numbers on the frame and slide respectively, and fitted with a black and silver metal MCD (hereinafter Firearm 1), as depicted in the photograph below with the MCD identified by a red circle.



3

7.      An ATF Firearm Enforcement Officer with the Firearm &

Ammunition Technology Division, who has specialized training in identifying

MCDs, examined Firearm 1 and determined that the device affixed to its rear is an

MCD. The officer concluded that it "is a combination of parts designed and

intended for use in converting a weapon into a machinegun," and therefore is a

"machinegun" as defined in 26 U.S.C. § 5845(b).

8.      Pursuant to a federal search warrant, investigators reviewed the

extraction of a phone recovered from the Riverdale residence whose account

information is consistent with belonging to CUNNINGHAM. The extraction

contains multiple images and videos with creation dates ranging from January

through March 2026, depicting CUNNINGHAM and an associate in possession of

various firearms of different types, makes, and models, as well as firearms

equipped with suspected MCDs.

9.      One such video has metadata dated March 1, 2026 — four days before

the firearm was recovered at that location — with GPS coordinates placing the

video's capture at the Riverdale residence. The background of the video is further

consistent with the interior of that residence. In the video, CUNNINGHAM

appears with his face uncovered, holding a firearm in his right hand, which bears a

distinctive tattoo of a skeleton hand. The firearm displays features consistent with

Firearm 1: a Glock handgun with a tan slide, black frame, and black MCD. At one

4

point, CUNNINGHAM zooms in to highlight the MCD. Still captures from the video are depicted below.



10.    According to a Detroit Police Department report, on April 22, 2026, CUNNINGHAM was a rear passenger in a vehicle stopped for dark window tints. Upon officers' command, CUNNINGHAM exited the car but immediately fled on foot. While fleeing, officers observed CUNNINGHAM clutching the front of his waistband and discarding a firearm before he was apprehended. The recovered firearm, like Firearm 1, is a Glock handgun with a tan (FDE) slide and black frame, though bearing different serial numbers. The firearm was loaded with an extended magazine. After being apprehended, CUNNINGHAM identified himself

5

as a minor when questioned by officers and only admitted to being an adult when confronted with the possibility of charges for providing false information.

11.     Taken together, the facts set forth above establish probable cause to believe that CUNNINGHAM knowingly possessed Firearm 1 — a machinegun by virtue of the MCD with which it was equipped — between on or about March 1, 2026 and March 5, 2026, in violation of 18 U.S.C. § 922(o).

## CONCLUSION

12.     Based on the information included in the paragraphs above, probable cause exists that from on or about March 1, 2026 to on or about March 5, 2026, in the Eastern District of Michigan, CUNNINGHAM possessed a machinegun in violation of 18 U.S.C. § 922(o).

Sherri Reynolds
ATF Special Agent

Sworn to before me and signed in
my presence and/or by reliable electronic means.

HONORABLE KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date:_____May 1, 2026_____

6